STATE OF LOUISIANA  *  NO. 2024-KA-0420

VERSUS  *  COURT OF APPEAL

SULLIVAN WALTER  *  FOURTH CIRCUIT

*  STATE OF LOUISIANA

*

*

* * * * * * *

DLD  **DYSART, J., DISSENTS**

I dissent for the reasons assigned by Judge Ledet.